UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:16-cr-274-T-26TGW
18 U.S.C. § 922(g)(1)
JOSEPH WARD  18 U.S.C. § 924(d)-Forfeiture
28 U.S.C. § 2461(d)-Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about March 4, 2016, 2015, in the Middle District of Florida, the defendant,

JOSEPH WARD,

having been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, namely:

   a. Carrying a Concealed Firearm, Case No. 0802828CFAWS, Sixth Judicial Circuit Court, in and for Pasco County, Florida, on or about October 8, 2009;

   b. Possession of Methamphetamine, Case No. 1004506CFAWS, Sixth Judicial Circuit Court, in and for Pasco County, Florida, on or about February 18, 2011;

   c. Possession of Cocaine, Case No. 1007501CFAWS, Sixth Judicial Circuit Court, in and for Pasco County, Florida, on or about February 18, 2011;

    d. Felonious Possession of a Firearm, Case No. 1203421CFAWS, Sixth Judicial Circuit Court, in and for Pasco County, Florida, on or about January 29, 2013;

    e. Carrying a Concealed Firearm, Case No. 1203421CFAWS, Sixth Judicial Circuit Court, in and for Pasco County, Florida, on or about January 29, 2013;

    f. Possession of Methamphetamine, Case No. 1203421CFAWS, Sixth Judicial Circuit Court, in and for Pasco County, Florida, on or about January 29, 2013;

    g. Driving While License Revoked (Felony), Case No. 1203421CFAWS, Sixth Judicial Circuit Court, in and for Pasco County, Florida, on or about January 29, 2013;

    h. Possession of Methamphetamine, Case No. 1203677CFAWS, Sixth Judicial Circuit Court, in and for Pasco County, Florida, on or about January 29, 2013;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: a Smith and Wesson, Model M&P 40, .40 caliber pistol, and nine rounds of Hornaday .40 caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

1.    The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the violation alleged in Count One, the defendant,

JOSEPH WARD,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in a knowing violation of Title 18, United States Code, Section 922(g)(1), including the Smith and Wesson, Model M&P 40, .40 caliber pistol, and nine rounds of Hornaday .40 caliber ammunition.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or,

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

A. LEE BENTLEY, III
United States Attorney

By: _____
MICHAEL V. LEEMAN
Assistant United States Attorney

By: _____
CHRISTOPHER F. MURRAY
Assistant United States Attorney
Chief, Violent Crime and Gangs Section

T:\_Cases\Criminal Cases\W\WARD, Joseph_2016R00885_MVL\f_Indictment.docx

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JOSEPH WARD

## INDICTMENT

Violations:   Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

A true bill,

_____
Foreperson

Filed in open court this 16th day of June, 2016.

_____
Clerk

Bail $_____

GPO 863 525

T:\_Cases\Criminal Cases\W\WARD, Joseph_2016R00885_MVL\f_Indictment Back.docx